**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Geraldo Iglesias
         Plaintiff,

v.                  Case No.: 1:19−cv−06508
                 Honorable Virginia M. Kendall

JoAnn Halvorsen, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2020:

   MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion to substitute a Special Representative for deceased Defendant Ernest Halvorsen [54] is granted. JoAnn Halvorsen shall be substituted as a Defendant and Special Representative for Ernest Halvorsen. Motion hearing set for 4/6/2020 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.