# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Geraldo Iglesias

                    Plaintiff,

v.
                                      Case No.: 1:19−cv−06508
                                      Honorable Franklin U. Valderrama

JoAnn Halvorsen, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2020:

      MINUTE entry before the Honorable Maria Valdez: Defendants' Motion for Entry of Confidentiality Order [85] is granted in part and denied in part. The parties are to submit a revised Confidentiality Order, consistent with this opinion, no later than 14 days from the date of this order. A joint status report is due by 2/5/21, describing discovery progress and the prospects of settlement. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.