IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Geraldo Iglesias**, | No. 19 C 6508 |
| Plaintiff, | Hon. Franklin U. Valderrama, District Judge |
| v. | |
| **Reynaldo Guevara** et al., | Hon. Maria Valdez, Magistrate Judge |
| Defendants. | |

**Joint Status Report**

Pursuant to this Court's order (dkt. 101), the parties submit the following joint status report:

**A.  Progress of Discovery**

1. Since the parties' last joint status report in this case, Plaintiff and Defendants have continued to conduct written discovery, including issuing document subpoenas to third-parties. The parties have continued to confer about discovery responses. The parties intend to begin scheduling depositions for March and April 2021.

**B.  Pending Motions**

2. Defendant City of Chicago's Motion to Bifurcate Plaintiff's *Monell* Claims and Stay *Monell* Discovery (dkt. 80) is fully briefed and remains pending.

**C.  Settlement Efforts**

3. There are currently no settlement discussions in this case.

February 5, 2021                                        Respectfully submitted,

/s/ John Hazinski
Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
John Hazinski
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
(312) 243-5900

*Attorneys for Plaintiff*

/s/ Thomas M. Leinenweber
Thomas M. Leinenweber
James v. Daffada
Kevin E. Zibolski
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
*Attorneys for Defendant Guevara*

CELIA MEZA, Acting Corporation Counsel of the City of Chicago

/s/ Eileen E. Rosen
Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
321 N. Clark St., Suite 2200
Chicago, IL 60654
(312) 494-1000
*Attorneys for Defendant City of Chicago*

/s/ David A. Brueggen
James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen
Carson W. Canonie
Special Assistant Corporation Counsel
The Sotos Law Firm, P.C.
141 W. Jackson, Suite 1240A
Chicago, IL 60604
(630) 735-3300

*Attorneys for Defendants JoAnn Halvorsen, as Special Representative for Ernest Halvorsen, deceased, Steve Gawrys, Anthony Riccio & Robert Biebel*