**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GERALDO IGLESIAS, | ) | |
| | ) | Case No. 19 CV 06508 |
| Plaintiff, | ) | |
| | ) | Hon. Franklin U. Valderrama |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, STEVE GAWRYS, ANTHONY | ) | |
| RICCIO, ROBERT BIEBEL, and the CITY OF | ) | |
| CHICAGO, | ) | |
| Defendants. | ) | |

**DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS**

**Exhibit List**

Exhibit 1          1/16/19 Order of Amended Post-Conviction Petition

Exhibit 2          Deposition of Plaintiff Geraldo Iglesias

Exhibit 3          12/16/94 Trial Transcript

Exhibit 4          General Offense Case Report

Exhibit 5          6/7/93 Supplemental Report

Exhibit 6          Deposition of Hugo Rodriguez

Exhibit 7          Deposition of Rosendo Ochoa

Exhibit 8          Photograph Depicting Location of Car When Parked in Alley and Window
                   Ochoa was Looking Through

Exhibit 9          Deposition of Daniel Sanchez

Exhibit 10         Photograph Depicting Location of Shooter

Exhibit 11         12/14/94 Trial Transcript

Exhibit 12        12/15/94 Trial Transcript

Exhibit 13        Tow Report

Exhibit 14        Deposition of John Santopadre

Exhibit 15        Deposition of Jermone Bogucki

Exhibit 16        Sarah Torres Notes

Exhibit 17        6/8/93 Supp. Report

Exhibit 18        6/24/93 Arrest Report

Exhibit 19        Iglesias's Criminal History Report as of 6/22/93

Exhibit 20        8-Person Photo Array

Exhibit 21        6/23/93 Arrest Report

Exhibit 22        Deposition of Stephen Gawrys

Exhibit 23        Deposition of Anthony Riccio

Exhibit 24        6/23/93 Lineup Report

Exhibit 25        Photograph of 5-Person Lineup

Exhibit 26        School Notes

Exhibit 27        6/23/93 CCSAO Felony Review Folder

Exhibit 28        Deposition of Michael Latz

Exhibit 29        6/24/93 Lineup Report

Exhibit 30        Deposition of Efrain Torres

Exhibit 31        Deposition of David Chmieleski

Exhibit 32        Photograph of 6-Person Lineup

Exhibit 33        Deposition of Robert Biebel

Exhibit 34        6/25/93 Grand Jury Hearing Transcript

Exhibit 35        6/25/93 Indictment

Exhibit 36          Deposition of John DeLeon

Exhibit 37          7/16/93 Statement of Francisco Vicente

Exhibit 38          People v. Serrano, No. 1-95-1249 (1st Dist. Oct. 28, 1997)

Exhibit 39          10/5/94 Memorandum of Interview of Ochoa

Exhibit 40          11/12/94 DeLeon's Investigator's Interview of Rodriguez

Exhibit 41          3/24/94 Pre-Trial Hearing Transcript

Exhibit 42          John DeLeon Subpoena Response

Exhibit 43          Donna Makowski Subpoena Response

Exhibit 44          3/24/94 DeLeon Supplemental Motion for Discovery

Exhibit 45          6/14/93 Supp. Report from Rodrigo Vargas Homicide Investigation File

Exhibit 46          12/19/94 Trial Transcript

Exhibit 47          2/23/95 Impounding Order

Exhibit 48          2/23/95 Sentencing Hearing Transcript

Exhibit 49          People v. Iglesias, No. 1-95-0895 (1st Dist. Mar. 31, 1995)

Exhibit 50          3/28/18 Amended Post-Conviction Petition

Exhibit 51          Deposition of Ernest Halvorsen in Serrano/Montanez

Exhibit 52          Deposition of Francisco Vicente

Exhibit 53          Affidavit of Arnell Moore

Exhibit 54          Iglesias's Second Supplemental Responses to Defendant Halvorsen's
                    Interrogatories

Exhibit 55          Docket 93 CR 19199(2019-11-19)