**THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GERALDO IGLESIAS, )
)
*Plaintiff*, )
)
*v.* ) Case No. 19 C 6508
) Judge Franklin U. Valderrama
REYNALDO GUEVARA, et. al., ) Magistrate Judge Maria Valdez
)
*Defendants.* )

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S *DAUBERT* MOTION TO BAR OPINIONS OF ANTHONY W. FINNELL, TIMOTHY KNIGHT, AND MIROSLAVA MEZA**

| Exhibit | Description |
|---|---|
| A | Finnell's Report in *Iglesias* |
| B | Deposition of Finnell, 9/22/2022 |
| C | Deposition of Finnell, 1/13/2023 |
| D | Deposition of Finnell, 4/14/2023 |
| E | Finnell Report, *Solache/Reyes v. City* |
| F | Finnell Report, *Sierra* |
| G | Deposition of Knight, 2/24/2023 |
| H | List of Materials Reviewed |
| I | Deposition of Meza |
| J | *Intentionally Left Blank* |
| K | Finnell's CV |
| L | OIR Group Report |
| M | South Seattle Emarald, "OIG Auditor Certified Cases Without Reviewing Evidence, Investigation Reveals, November 8, 2021 |
| N | People's Law Office Website Bio |
| O | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |

| | |
|---|---|
| P | National Data on Citizen Complaints About Police Use of Force: Data Quality Concerns and the Potential (Mis)Use of Statistical Evidence to Address Police Agency Conduct |
| Q | Knight’s CV |
| R | Meza’s CV |