# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Geraldo Iglesias

                    Plaintiff,

v.                                      Case No.: 1:19−cv−06508

                                      Honorable Franklin U. Valderrama

Reynaldo Guevara, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Defendants' Response in Opposition to Plaintiff's Omnibus Motion for Leave to File Excess Pages [286] and construes it at best as a motion to reconsider (Motion) the Court's order granting Plaintiff Geraldo Iglesias's Omnibus Motion for Leave to File Excess Pages [283]. Defendants argue that Plaintiff has exceeded the number of pages and paragraphs Plaintiff stated in its motion and recommends that the Court strike Plaintiff's filings and impose new limits consolidating Plaintiff's response to Defendants' motions for summary judgment and Daubert responses to the City's expert opinions. R. 286 at 5. The Court grants the Motion in part and denies the Motion in part. The Court agrees with Defendants that the filing violates the Court's 03/27/2024 Order. If Plaintiff could not comply with the Order, Plaintiff should have filed a motion seeking leave to file excess pages and paragraphs as they had before. See R. 279. But instead, Plaintiff filed a noncompliant brief. The Court will not tolerate such blatant disregard of a Court order in the future. All Parties are reminded that they are to comply with the Court's orders and failure to do so may result in sanctions, including dismissal of the action. However, the Court does not find it to be a good use of the Court or any Party's time to have Plaintiff resubmit its Omnibus Motion to comport with the Court ordered limitations or Defendants' proposed limitations as this is a very complex 2019 case. It is the Court's intention to keep this case moving forward. The Court agrees with Defendants' alternative resolution. On or before 05/27/2024, Defendants shall file replies to Plaintiff's filings. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.