# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Geraldo Iglesias

                        Plaintiff,

v.                                                       Case No.: 1:19−cv−06508

                                                            Honorable Franklin U. Valderrama

Reynaldo Guevara, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of "Plaintiff's motion for sanctions based on Defendants' frivolous summary judgment motions" [317]. Upon review of the motion, the Court understands that in his motion the Plaintiff is arguing that Defendants improperly argue in their motions for summary judgment that a fact is undisputed, when from Plaintiff's perspective that fact is disputed. As the motions for summary judgment remain pending, and this motion is asking the Court to make a determination of sanctions based upon the factual record developed in briefing summary judgment, the Court strikes the motion without prejudice, and with leave to refile at a later date. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.