# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Geraldo Iglesias
                                            Plaintiff,

v.                                                                     Case No.: 1:19−cv−06508
                                                                         Honorable Franklin U. Valderrama

Reynaldo Guevara, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Defendants' motion for leave to cite supplemental authority [329] is granted. Plaintiff may file a response, limited to 2 pages, by 04/14/2025. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.