**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALDO IGLESIAS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 6508 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama, |
| | ) | District Judge |
| REYNALDO GUEVARA, ET AL. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The Parties, through counsel, pursuant to Docket Entry 348, report on the status of this case as follows:

1.      As the parties reported in the February 25, 2026, joint status report, the parties have been discussing settlement

2.      The parties continue to make progress in their settlement discussions and those discussions are continuing.

3.      Plaintiff asks the Court to set a trial date. Defendants have no objection to setting a trial date.

4.      Plaintiff's position is that trial will take approximately 15 trial days, and it should happen as soon as possible, as the Court's schedule permits. This case was filed over six years ago. Discovery in this case closed on June 26, 2023. This is a Court resolved the summary judgment motions four months ago. It is time to resolve the case at trial. Defendants' proposal that Plaintiff wait an additional year for trial because of the trial schedule of the City's lawyers is frankly unconscionable.

5.    Defendants dispute Plaintiff's assertion that this trial will take approximately 15 trial dates given the pending *Monell* claim.  Rather, Defendants anticipate that this trial will take at least four weeks but more likely six weeks.  Defendants' position is based upon the following: (1) in the jury trial in *Rios v. Guevara, et. al.,* Case No. 22-CV-3973, lasted 13 full trial days on the underlying case alone, and did not have a pending *Monell* claim; (2) each of Guevara related cases that currently have trial dates set in the Northern District of Illinois have at minimum four weeks set aside.

6.    Defendants do not object to setting this case for trial, however, they respectfully request this Honorable Court set the trial in March 2027 or after, in light of their pending trial calendar, which is as follows:

a.    Counsel for the City, Defendant Guevara and Defendant Officers will be on trial in front of the Honorable Judge Seeger starting May 11, 2026, in the consolidated matters of *Reyes v. Guevara, et.al.,* 18-CV-1028 and *Solache v. Guevara, et. al,* 18-CV-2312.  The Court has reserved four weeks for trial.

b.    Counsel for Defendant Guevara will be on trial in front of the Honorable Judge Valderrama starting July 13, 2026, in the matter of *Ochoa v. Lopez,* 20-CV-2977. The Court has reserved three weeks for trial.

c.    Counsel for the City, Defendant Guevara and Defendant Officers will be on trial in front of the Honorable Judge Daniel starting September 8, 2026, in the matter of *Juan and Rosendo Hernandez v. Guevara, et. al.,* Case No. 23-CV-1737.  The Court has reserved four weeks for trial.

d.    Counsel for the City, Defendant Guevara, and Defendant Officers will be on trial in front of the Honorable Judge Alexakis starting October 26, 2026, in the matter

2

of *Cruz v. Guevara, et. al.* Case No. 23-CV-04268. The Court has reserved four weeks for trial.

e. Counsel for Defendant Guevara will be on trial in the Circuit Court of Cook County starting November 30, 2026, in the matter of *Ciolino v. Simon, et. al.,* Case No. 22-L-1702.

f. Counsel for Defendant Officers will be on trial in the matter of *Houston v. City of Chicago, et. al.,* Case No. 20-CV-6720.

g. Counsel for Defendant Guevara will be on trial in front of the Honorable Judge Daniel starting January 4, 2027, in the matter of *Davila v. Guevara, et. al.,* Case No. 23-CV-01739. This matter does not have a pending *Monell* claim.

h. Counsel for the City and Defendant Officers will be on trial in front of the Honorable Judge Pacold starting February 26, 2027, in the consolidated cases of *Fulton v. Clancy, et. al.,* Case No. 17-CV-08696 and *Coleman v. City of Chicago, et. al.,* Case No. 18-CV-00998.

i. Counsel for Defendant Officers will be on trial in the matter of *Julian v. City of Wood River,* Case No. 2025-LA-00914, starting May 17, 2027.

Date: March 11, 2026                                 Respectfully Submitted,


/s/ Steve Art                                        /s/ *Eileen E. Rosen*
                                                     Eileen E. Rosen
Jon Loevy                                            Special Assistant Corporation Counsel
Anand Swaminathan                                    *One of the Attorneys for City of Chicago*
Steven Art                                           Eileen E. Rosen
Rachel Brady                                         Theresa Berousek Carney
Sean Starr                                           Catherine M. Barber
Loevy & Loevy                                        Austin G. Rahe
311 N. Aberdeen St.                                  Lauren M. Ferrise
Chicago, Illinois 60607                              Rock Fusco & Connelly, LLC


3

(312) 243-5900
steve@loevy.com


/s/ Timothy Scahill
TIMOTHY SCAHILL
*Attorney for Reynaldo Guevara*
Timothy Scahill
Steven B. Borkan
Whitney Hutchison
Graham Miller
Emily Schnidt
Christiane Murray
Molly Boekeloo
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, IL 60603
Tel:(312)580-1030
tscahill@borkanscahill.com

333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com


/s/ Josh M. Engquist
JOSH M. ENGQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants*
*Halvorsen, Gawrys, Riccio, and Biebel*
James G. Sotos
Josh M. Engquist
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(312) 494-1000
Jengquist@jsotoslaw.com

4