**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALDO IGLESIAS, | ) | |
| | ) | No. 19-cv-6508 |
| Plaintiff, | ) | |
| | ) | Hon. Franklin U. Valderrama, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The Parties, by their undersigned counsel, provide the following status report:

1. The parties have reached a settlement in principle to resolve all claims against all parties in this matter. The parties are in the process of reducing their agreement to writing, and they will file dismissal papers in short order.

2. In the parties' view, all future deadlines and the trial date of September 21 can be stricken. In addition, Plaintiff's motion to bar late disclosed witnesses, Dkt. 357, is withdrawn, and the hearing on that motion, scheduled for July 8, 2026, can be stricken.

3. The parties extend their sincere thanks to the Court and its staff for all of their time and attention to this matter.

Date: July 8, 2026

Respectfully Submitted,

/s/ Steve Art

Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
Loevy & Loevy

*/s/ Eileen E. Rosen*
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*
Eileen E. Rosen
Theresa Berousek Carney
Catherine M. Barber
Austin G. Rahe

311 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

Lauren M. Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

*/s/ Timothy Scahill*
TIMOTHY SCAHILL
*Attorney for Reynaldo Guevara*
Timothy Scahill
Steven B. Borkan
Whitney Hutchison
Graham Miller
Emily Schnidt
Christiane Murray
Molly Boekeloo
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, IL 60603
Tel:(312)580-1030
tscahill@borkanscahill.com

*/s/ Josh M. Engquist*
JOSH M. ENGQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants*
*Halvorsen, Gawrys, Riccio, and Biebel*
James G. Sotos
Josh M. Engquist
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(312) 494-1000
Jengquist@jsotoslaw.com